27146. BRADFORD *v.* THE STATE.

GUERRY, J. The bill of exceptions was signed by the judge on May 23, 1938, and was filed in the office of the clerk of the superior court on June 9, 1938,—more than fifteen days after the date of the trial judge's certification. This court therefore has no jurisdiction to entertain the writ of error. Code, § 6-1001; *Wynne* v. *State,* 51 *Ga. App.* 452 (180 S. E. 747). The writ of error must be and is

*Dismissed. Broyles, C. J., and MacIntyre, J., concur.*

DECIDED NOVEMBER 23, 1938.

*O. Lee White,* for plaintiff in error.

*John S. McClelland,* solicitor, *John A. Boykin,* solicitor-general, *J. W. LeCraw,* contra.